# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**In re:**

| | |
|---|---|
| **STEPHEN C. BISHOP** | **Case No. 09-37958-KRH** |
| **CYNTHIA D. BISHOP,** | **Chapter 11** |

      **Debtors**

## ORDER ALLOWING DEBTOR'S APPLICATION FOR COMPENSATION OF DEBTOR'S ACCOUNTANT

This matter came before the Court for hearing on Debtors' Application to Compensate Sumner & Associates, PC as accountant for the Debtors, and it appearing to the Court that the request for compensation should be granted, it is hereby ORDERED that:

1. The Application is hereby approved;

2. The request that Sumner & Associates, PC be compensated in the amount of $1,935.00 for services rendered in this case be and hereby is allowed;

3. The amount of compensation allowed herein is and shall be treated as an administrative expense under Debtor's Plan of Reorganization.

And it is further **ORDERED** that the Clerk shall mail copies of this order to the Debtors, attorney for the Debtors, accountant for the Debtors, and the Office of the United States Trustee.

Dated: _____     _____
                                                                          Kevin R. Huennekens
                                                                         United States Bankruptcy Judge

Robert B. Easterling
Attorney for Debtors
VSB #15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401-3359
Phone (540) 373-5030
Facsimile (540) 373-5234

I ASK FOR THIS:

/s/Robert B. Easterling_____          Entered on Docket: _____
Robert B. Easterling, Esquire
Va State Bar No. 15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, Virginia 22401
(540) 373-5030
Fax (540) 373-5234
Attorney for Debtors

Seen and No Objection:

/s/Robert Van Arsdale _____
Robert Van Arsdale
Office of U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310

CERTIFICATE OF ENDORSEMENT

I hereby certify that this Order has been endorsed by all necessary parties.

/s/Robert B. Easterling_____
Robert B. Easterling

Robert B. Easterling, Esquire
Virginia State Bar No. 15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401
(540) 373-5030
FAX (540) 373-5234
Attorney for Debtors

Parties to receive copies:

Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1849

Stephen C. Bishop
11918 Sandy Hill Court
Spotsylvania, VA 22553-3669

Cynthia D. Bishop
11918 Sandy Hill Court
Spotsylvania, VA 22553-3669

Sumner & Associates, PC
1955 Jefferson Davis Hwy., Suite 100
Fredericksburg, VA 22401

Robert B. Easterling, Esq.
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401