# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**In re:**

| | |
|---|---|
| **STEPHEN C. BISHOP** | **Case No. 09-37958-KRH** |
| **CYNTHIA D. BISHOP,** | **Chapter 11** |

        **Debtors**

## ORDER ALLOWING DEBTOR'S APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DEBTOR'S COUNSEL

This matter came before the Court for hearing on Debtor's Application to Compensate Robert B. Easterling, Attorney for Debtors; and it appearing to the Court that the request for compensation and reimbursement should be granted, it is hereby ORDERED that:

1. The Application is hereby approved;

2. The request that Robert B. Easterling be compensated in the amount of $15,840.00 for services rendered and $681.94 for unpaid expenses in this case, for a total of $16,521.94, be and hereby is allowed;

3. The amount of compensation and reimbursement of expenses allowed herein is and shall be treated as an administrative expense under Debtor's Plan of Reorganization.

And it is further **ORDERED** that the Clerk shall mail copies of this order to the debtors, attorney for the debtor, and the Office of the United States Trustee.

Dated: _____

                                                            Kevin R. Huennekens
                                                            United States Bankruptcy Judge

Robert B. Easterling
Attorney for Debtors
VSB #15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401-3359
Phone (540) 373-5030
Facsimile (540) 373-5234

I ASK FOR THIS:

/s/Robert B. Easterling                                     Entered on Docket: _____
Robert B. Easterling, Esquire
Va State Bar No. 15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, Virginia 22401
(540) 373-5030
Fax (540) 373-5234
Attorney for Debtors

Seen and No Objection:

/s/Robert Van Arsdale _____
Robert Van Arsdale
Office of U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310

CERTIFICATE OF ENDORSEMENT

    I hereby certify that this Order has been endorsed by all necessary parties.

                                                                        /s/Robert B. Easterling_____
                                                                        Robert B. Easterling

Robert B. Easterling, Esquire
Virginia State Bar No. 15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401
(540) 373-5030
FAX (540) 373-5234
Attorney for Debtors

Parties to receive copies:

Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1849

Stephen C. Bishop
11918 Sandy Hill Court
Spotsylvania, VA 22553-3669

Cynthia D. Bishop
11918 Sandy Hill Court
Spotsylvania, VA 22553-3669

Robert B. Easterling, Esq.
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401