## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:  STEPHEN C. BISHOP           )    Case No. 09-37958-KRH
       CYNTHIA D. BISHOP,          )    Chapter 11
                                     )
           Debtors              )

### FINAL ACCOUNT

Debtors filed a voluntary petition under Title 11, Chapter 11 in the United States Bankruptcy Court for the Eastern District of Virginia on December 4, 2009. Pursuant to the requirements of 11 USC §1106(a)(7), debtor now files this final account:

1. Administrative Expenses

   | | | |
   |---|---|---|
   | Trustee compensation | $ 4,875.00 | |
   | Attorney for trustee compensation | $ 0.00 | |
   | Other professionals compensation | $ 1,935.00 | |
   | Subtotal | | $ 6,810.00 |
   | All other expenses (include Clerk's Office charges) | $ 1,039.00 | |
   | Attorney for debtor compensation | $ 16,521.94 | |
   | Subtotal | | $ 17,560.94 |
   | **Total Administrative Expenses** | | $ 24,370.94 |

   | | Total to be Paid | Paid to Date |
   |---|---|---|

2. Secured creditors paid or to be paid
   Under plan. List:          $569,437.20*      $84,476.48
   American Home Mortgage Services, Inc.
   GMAC Mortgage, LLC
   Colony House Builders

Robert B. Easterling, VSB #15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401-3359
(540) 373-5030
(540) 373-5234 facsimile

        Union First Market Bank
        Deutsche Bank National Trust Company
         c/o BAC Home Loans Servicing, LP
        American Home Mortgage Acceptance
        BAC Home Loans Servicing, LP
        HSBC Bank USA
        American Honda Finance Corporation

*Secured claims based upon filed proofs of claim and values from Chapter 11 Plan and Confirmation Order including agreed amortizations with Union First Market Bank incorporated in that order

3. Priority creditors paid or to be paid under plan. List:     $    0         $    0

4. Unsecured claims paid or to be paid under plan. List:     $ 50,000*      $6,495.12
        Colony House Builders, Inc.
        BAC Home Loans Servicing, LP
        American Express Bank FSB
        Bank of America
        Best Buy/HSBC
        Chase
        Citi
        Discover Bank
        Navy Federal Credit Union
        Union First Market Bank (formerly Union Bank & Trust Co.)
        USAA Savings Bank

*Estimated to include lien strip and bifurcated claims based upon filed proofs of claims and debtors' schedules when no claim was filed

5. Amount paid or to be paid equity security holders under plan     $    0         $    0

6. Other distributions (includes payments to, or to be paid

|   |   | | |
|---|---|---|---|
|   | to debtor) | $      0 | $     0 |
| 7. | Total distributions to, or to be Paid creditors | $619,437.20 | $90,971.60 |
|   | Percentage paid or to be paid to unsecured creditors 10% | | |
| 8. | Total disbursement under plan | $643,808.14 | $108,820.60 |

These amounts reflect the amount of the claims allowed regardless of whether or not the claims in a particular category have been or will be paid in full under the plan.

Wherefore, the debtors submit this final account in discharge of their obligations under 11 USC §1106 and §1107 on this 17th day of October, 2011.

/s/Robert B. Easterling_____
Attorney for the Debtors

U.S. Trustee has reviewed and has no objection:

/s/Robert Van Arsdale_____ .
Robert Van Arsdale

3