UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re:  STEPHEN C. BISHOP | ) | Case No. 09-37958-KRH |
| CYNTHIA D. BISHOP, | ) | Chapter 11 |
| | ) | |
| **Debtorss** | ) | |

**FINAL DECREE**

WHEREAS, Stephen C. Bishop and Cynthia D. Bishop, Debtors, filed a voluntary petition under Title 11, Chapter 11, in the United States Bankruptcy Court for the Eastern District of Virginia on December 4, 2009; and

WHEREAS, a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on November 7, 2010; and

WHEREAS, the Debtors have reported to this Court that the Plan of Reorganization has been substantially consummated; and

WHEREAS, FRBP 3022 provides for the entry of a Final Decree; it is therefore

ORDERED that the Final Report of the Debtors is approved, the Motion for Final Decree is granted, and the case is closed; and

IT IS FURTHER ORDERED that Debtors are hereby granted permission to reopen their case for entry of a final Discharge Order after completion of the payments and other transactions set forth by the terms of the Debtors Chapter 11 Plan and the Confirmation Order previously entered herein.

Robert B. Easterling, Esquire
Counsel for Stephen C. Bishop and Cynthia D. Bishop
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401-3359
(540) 373-5030
(540) 373-5234 Fax

The Clerk of Court is directed to forward a copy of this Order to the Debtors, Debtors' counsel and the Office of the U.S. Trustee.

So Ordered this _____ day of _____, 2011.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: _____

I ask for this:

/s/ Robert B. Easterling_____
Robert B. Easterling, VSB #15552
Attorney for Debtors
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401-3359
(540) 373-5030
(540) 373-5234 facsimile

Seen and not objected to:

Robert Van Arsdale_____
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA 23219-1849

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022(c)**

I hereby certify that this Order has been endorsed by all necessary parties.

Robert B. Easterling_____
Robert B. Easterling

**PARTIES TO RECEIVE COPIES**

Stephen C. Bishop and Cynthia D. Bishop
11918 Sandy Hill Court
Spotsylvania, VA 22553-3669

Robert B. Easterling
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401-3359

Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA 23219-1849